Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19−14501−KCF
                        Chapter: 7
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Dillon S Little
    71 Millville Lane
    Willingboro, NJ 08046

Social Security No.:
    xxx−xx−7543

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2019
JAN: ckk

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14501-KCF
Dillon S Little                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jun 13, 2019
                              Form ID: 148             Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db            +Dillon S Little,    71 Millville Lane,    Willingboro, NJ 08046-2910
518065130     +Bridgecrest,    7300 E Hampton Ave,    Mesa, AZ 85209-3324
518065131     +Congress Collection,    28552 Orchard Lake Rd St,    Farmington Hills, MI 48334-2954
518065134     +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
518065136    #+Seterus Inc,    14523 Sw Millikan Way,    Beaverton, OR 97005-2352
518065137     +State Of Nj Student As,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
518065138     +Waypoint Resource Grou,    301 Sundance Pkwy,    Round Rock, TX 78681-8004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518065132     +E-mail/Text: compliance@contractcallers.com Jun 14 2019 00:58:46     Contract Callers Inc,
                 501 Greene St Ste 302,    Augusta, GA 30901-4415
518065133     +EDI: CCS.COM Jun 14 2019 04:18:00      Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
518065135     +EDI: IIC9.COM Jun 14 2019 04:19:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette  Miller    on behalf of Debtor Dillon S Little info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```