| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MCDONNELL CROWLEY, LLC**<br>115 Maple Avenue<br>Red Bank, New Jersey 07701<br>(732) 383-7233<br>jmcdonnell@mchfirm.com<br>John M. McDonnell<br>*Chapter 7 Trustee* | Order Filed on June 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DILLON S. LITTLE,<br><br>                Debtor. | Case No. 19-14501 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson |

## ORDER DISMISSING THE DEBTOR'S CHAPTER 7 PETITION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 13, 2019

                                                            Honorable Kathryn C. Ferguson
                                                            United States Bankruptcy Judge

(Page 2)

Debtor: Dillon S. Little
Case No.: 19-14501
Caption of Order:    Order Dismissing the Debtor's Chapter 7 Petition

---

**THIS MATTER** having been opened to the Court by John M. McDonnell, Chapter 7 Trustee ("Trustee") for Dillon S. Little ("Debtor"), upon Application for the entry of an Order dismissing the Debtor's Chapter 7 Petition; and notice having been provided to the Office of the United States Trustee, all parties included on the Certificate of Service, and to the Debtor; and said notice constituting good and sufficient notice pursuant to the Federal and Local Rules of Bankruptcy Procedure; and the Court having considered all relevant pleadings, including the Application in support of the Trustee's Motion and opposition thereto, if any; and for other good cause having been shown;

**IT IS ORDERED** that the Debtor's Chapter 7 petition be, and hereby is, dismissed; and it is further

**ORDERED** that a copy of this Order shall be served on all parties included on the Certificate of Service within seven (7) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Dillon S Little  
     Debtor

Case No. 19-14501-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1          Date Rcvd: Jun 13, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
db            +Dillon S Little,   71 Millville Lane,   Willingboro, NJ 08046-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Georgette Miller    on behalf of Debtor Dillon S Little info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com
        John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
        John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
        Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 6